50 A.3d 1255

Raymond J. SMOLSKY, and all Pennsylvania Prisoners

v.

PENNSYLVANIA GENERAL ASSEMBLY AND LEGISLA-
TURES OF THE COMMONWEALTH OF PENNSYLVANIA,
et al., and The State Department of Corrections of the Com-
monwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is **AFFIRMED.**